# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY ADAN GRACIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00441-BAM<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS BE DENIED<br><br>(Doc. 2)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Freddy Adan Gracia ("Plaintiff"), proceeding with counsel, seeks review of a decision of the Commissioner of Social Security. Plaintiff initiated this action on April 12, 2024. (Doc. 1.) On the same day, Plaintiff filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 2.).

According to Plaintiff's application, he receives monthly income from a pension in the amount of $3,500 per month. He also receives $4,500 per month from his wife's income. (Doc. 2 at 2.) This amounts to an annual income of $96,000.00 ($3,500 x 12 months = $42,000; $4,500 x 12 = $54,000; $42,000 + $54,000 = $96,000). Plaintiff has two dependents – his wife and child. (*Id.* at 2.)

"To satisfy the requirements of 28 U.S.C. § 1915, applicants must demonstrate that because of poverty, they cannot meet court costs and still provide themselves, and any dependents, with the necessities of life." *Soldani v. Comm'r of Soc. Sec.*, No. 1:19-cv-00040, 2019 WL 2160380, at *1 (E.D. Cal. Jan. 31, 2019). Many courts look to the federal poverty guidelines set by the United States Department of Health and Human Services ("HHS") as a guidepost in evaluating in forma pauperis applications. *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 n.5 (11th Cir. 2004); *Boulas v. United States Postal Serv.*, No. 1:18-cv-01163-LJO-BAM, 2018 WL 6615075, at *1 (E.D. Cal. Nov. 1, 2018) (applying federal poverty guidelines to in forma pauperis application). For a family or household of three, the 2024 poverty guideline is $25,820. *See U.S. Federal Poverty Guidelines Used to Determine Financial Eligibility for Certain Federal Programs*, available at https://aspe.hhs.gov/poverty-guidelines (last visited April 15, 2024).

Having considered Plaintiff's application, the Court finds that he has not made the showing required by section 1915 that he is unable to pay the required fees for this action. Plaintiff's household estimated annual income is more than three times the federal poverty guidelines. Indeed, Plaintiff's estimated annual pension income alone is well above the federal poverty guidelines for a family or household of three. In light of this, there is no indication that Plaintiff is unable to pay the filing fee while also providing for the necessities of life. Accordingly, the Clerk of the Court is HEREBY DIRECTED to randomly assign a District Judge to this action.

Furthermore, it is HEREBY RECOMMENDED that:

1. Plaintiff's application to proceed without prepayment of fees and costs (Doc. 2) be DENIED; and

2. Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action.

These Findings and Recommendation will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these Findings and Recommendation, Plaintiff may file written

objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal.  *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **April 15, 2024**                    /s/ Barbara A. McAuliffe            
                                               UNITED STATES MAGISTRATE JUDGE