JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTER  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Freddy Adan Gracia, <br><br>     Plaintiff, <br><br>     vs. <br><br> Martin O'Malley, Commissioner of Social Security[1], <br><br>     Defendant. | Case No. 1:24-cv-00441-KES-BAM <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 8-day extension of time, from July 11, 2024 to

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

July 19, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of July 8, 2024 and July 15, 2024 Plaintiff's Counsel has two Merit briefs, two Reply brief and several EAJA stipulations due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 9, 2024    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: July 9, 2024    PHILLIP A. TALBERT
    United States Attorney
    MATHEW W. PILE
    Associate General Counsel
    Office of Program Litigation
    Social Security Administration

By: *\*/s/ Michael Marriott*
    Michael Marriott
    Special Assistant United States Attorney
    Attorneys for Defendant
    (\*As authorized by email on July 9, 2024)

## **ORDER**

Pursuant to stipulation and good cause appearing, Plaintiff shall serve his brief upon Defendant on or before **July 19, 2024**. All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **July 10, 2024**              /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE