# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY ADAN GRACIA,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:24-cv-00441-KES-BAM<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Docs. 2, 4) |

Plaintiff Freddy Adan Gracia ("Plaintiff"), proceeding with counsel, seeks review of a decision of the Commissioner of Social Security.  Plaintiff initiated this action on April 12 2024, and filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Docs. 1, 2.)

On April 15, 2024, the Court issued findings and recommendations that Plaintiff's application for leave to proceed *in forma pauperis* be denied, and that Plaintiff be required to pay the $405.00 filing fee in full to proceed with this action. (Doc. 4.)  Plaintiff paid the $405.00 filing fee in full on July 22, 2024.

Accordingly, the pending findings and recommendations issued on April 15, 2024 (Doc. 8), are HEREBY VACATED, and Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **July 23, 2024**                              /s/ Barbara A. McAuliffe              _
                                                                    UNITED STATES MAGISTRATE JUDGE

1