# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY ADAN GRACIA,<br><br>       Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No.  1:24-cv-00441-KES-BAM<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(Doc. 18) |

      Plaintiff Freddy Adan Gracia ("Plaintiff") seeks review of the Commissioner of Social Security's denial of his applications for disability benefits.  (Doc. 1.)   On March 12, 2025, the Court issued an order for Plaintiff to show cause why this action should not be dismissed for his failure to prosecute.  (Doc. 18.)  The Court informed Plaintiff that he could comply with the Order by filing a written response or a motion for summary judgment.  (*Id.*)

      On March 13, 2025, Plaintiff filed both a request for leave to file a brief longer than twenty-five (25) pages and a motion for summary judgment.  (Docs. 19, 20.)  Based on the filing of a motion for summary judgment, the Order to Show Cause issued on March 12, 2025, is HEREBY DISCHARGED.  No sanctions will be imposed.

IT IS SO ORDERED.

Dated:  __**March 15, 2025**__            ___/s/ *Barbara A. McAuliffe*___
                                  UNITED STATES MAGISTRATE JUDGE